United States Courts
Southern District of Texas
FILED

*September 02, 2025*

Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ' | |
| | ' | |
| v. | ' | Case No.: 4:25-mj-00304 |
| | ' | |
| CHARLES SIRINGI, | ' | |
| | ' | |
| Defendant. | ' | |

## THIRD AGREED MOTION TO EXTEND TIME FOR INDICTMENT

The United States of America, by and through undersigned counsel, with the express consent and agreement of Defendant, respectfully request that the Court extend the time to indict this case through and including November 8, 2025. In support thereof, the parties would show the Court as follows:

1. The defendant, Charles Siringi, surrendered on May 20, 2025 on a criminal complaint for violation of 18 U.S.C. 242, deprivation of rights under color of law resulting in bodily injury. On that same date, the defendant made his initial appearance in the Southern District of Texas and was released on bond conditions.

2. The Speedy Trial Act requires that "[a]ny information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested or served with a summons in connection with such charges." 18 U.S.C. 3161(b). The indictment deadline originally was on June 19, 2025. On June 2, 2025, Honorable Judge Peter Bray granted the Defendant and Government's Motion for Extension of Time to File for Indictment to August 4, 2025 (*See* Doc. #14). On July 21, 2025, Honorable Judge

Peter Bray granted the Defendant and the Government's Second Extension of Time to File for Indictment to September 8, 2025.

3. The Government and the Defendant have reached an agreement they wish to enter pre-indictment. Extending the current indictment deadline for an additional period of 60 days would be in the best interest of justice in that it would give defense counsel and the Government the opportunity to file the necessary information, prepare and review the plea paperwork, and coordinate with the Courts for a plea date.

4. The defendant, fully understanding his rights under The Speed Trial Act, agrees to waive any objections and to extend the Government's time to file an indictment in this case through and including **November 8, 2025**. The waiver is made knowingly and voluntarily by the defendant and with the advise and consent of counsel.

5. The defendant expressly understands that this waiver is not predicated upon any promises, agreements, or understandings of any kind between the Government and the defense, and that nothing contained herein shall be construed to preclude the government from proceeding against the defendant during or after the time period covered by this waiver.

WHEREFORE, the parties request that the time to indict this case be extended to and including November 8, 2025 and that the delay resulting from this extension be excluded in computing the time within which an indictment must be filed pursuant to 18 U.S.C. 3161(h).

Respectfully Submitted,

NICHOLAS J. GANJEI
United States Attorney

*Lauren M. Valenti*
_____

Lauren M. Valenti
Assistant United States Attorney
Southern District of Texas
TX State Bar No. 24088567
1000 Louisiana Street, Ste 2300
Houston, Texas 77002
Lauren.Valenti@usdoj.gov

**AGREED IN SUBSTANCE AND IN FORM:**

I hereby agree that I have consulted with my attorney and fully understand all my rights with respect to a speedy trial, including my right to be charged by indictment within 30 days of arrest, as required by 18 U.S.C. 3161(b). I have read this motion for an extension of time to be charged indictment and carefully reviewed every part of it with my attorney. I understand this motion and voluntarily agree to it.

_Charles Siringi (Aug 29, 2025 12:40:08 CDT)_
Charles Siringi
*Defendant*

Aug 29, 2025
_____
Date

I am counsel for the defendant in this case. I have fully explained to the defendant his right to be charged by indictment within 30 days of arrest. Specifically, I have reviewed the terms and conditions of 18 U.S.C. 3161(b), and I have fully explained to the defendant the provisions that may apply in this case. In my opinion, the defendant's decision to agree to an extension of time to be charged by indictment is an informed and voluntary one.

John Choate Jr
John Choate
*Counsel for Defendant*

08/29/2025
_____
Date