# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CRIMINAL NO. 4:25-MJ-00304 |
| | ) | |
| CHARLES SIRINGI | ) | |
| | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

Mr. CHARLES SIRINGI respectfully moves this Court to replace Mr. John R. Choate, Esq., with Ms. Katryna Lyn Spearman, Esq., as lead counsel in his case, and shows the following in support thereof.

### I. Procedural History

On September 12, 2025, Mr. Siringi retained Lowther | Walker LLC for representation in the above-styled case. That same day, Ms. Spearman of Lowther | Walker LLC filed her Notice of Appearance. (ECF No. 21.)

### II. Factual Assertions

Mr. Siringi respectfully submits that he wishes to replace Mr. John E. Choate, Esq., with Ms. Katryna Lyn Spearman, Esq., as lead counsel in his case.

### III. Memorandum of Law and Argument

"In all criminal prosecutions, the accused shall enjoy the right . . . to have the assistance of counsel for his defense." U.S. Const. amend. VI. A defendant's right to counsel of his

1

choosing is comprehended by the Sixth Amendment, with qualifications. *Wheat v. United States of America*, 486 U.S. 153 (1988).

Mr. Siringi respectfully submits that his counsel of choice is Ms. Spearman, whom he has retained for representation at sentencing as a replacement for Mr. Choate. Therefore, there is good cause to substitute Ms. Spearman for Mr. Choate as lead counsel for Mr. Siringi.

## IV. Opposing Party's Position

The Government <u>does not</u> oppose this request.

## V. Conclusion

Mr. Siringi, based on the foregoing assertions and argument, prays that this Court substitute Mr. Choate with Ms. Spearman.

Date: September 25, 2025

Respectfully submitted,

_____
Katryna Lyn Spearman, Esq.
Ga. Bar # 616038
kspearman@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St. NW, Ste. 3650
Atlanta, GA 30303
O 404.496.4052 | F 866.819.7859
www.lowtherwalker.com

Lead Attorney for Defendant
Charles Siringi

_____
John E. Choate, Jr., Esq.
Tex. Bar # 00793503
johnc@conroelawoffice.com

Law Office of John E. Choate, Jr.
116 W. Lewis St.
Conroe, TX 77301
O 936.441.2999 | F 936.788.5670
www.conroelawoffice.com

_____
Charles Siringi
Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CRIMINAL NO. 4:25-MJ-00304 |
| ) | |
| ) | |
| CHARLES SIRINGI ) | |
| ) | |
| Defendant. ) | |

## **CERTIFICATE OF SERVICE**

I certify that on September 25, 2025, I electronically filed the foregoing UNOPPOSED MOTION TO SUBSTUTE COUNSEL with the Clerk of the United States District Court for the Southern District of Texas by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

Date: September 25, 2025

Respectfully submitted,

*s/ Katryna Lyn Spearman*
Katryna Lyn Spearman, Esq.
Ga. Bar # 616038
kspearman@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St. NW, Ste. 3650
Atlanta, GA 30303
O 404.496.4052 | F 866.819.7859
www.lowtherwalker.com